MARY G. BOECK, Respondent, *v.* ALFRED H. SMITH et al., Appellants.

*Boeck* v. *Smith*, 117 App. Div. 910, appeal dismissed.
(Submitted June 10, 1908; decided September 29, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 5, 1907, affirming a judgment in favor of plaintiff

entered upon a verdict and an order denying a motion for a new trial in an action to recover commissions.

*Franklin Bien* for appellants.

*Charles Capron Marsh* and *Jacob Marx* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.